# EXHIBIT 28

RAO-STATE 000233

From: Ramon Rodriguez <rjr2jefe@gmail.com>
Sent: Sunday, January 1, 2012 11:44 PM
To: Lora Lefebvre <lxl20@health.state.ny.us>
Subject: Wyckoff Heights Medical Center

Lora,

Happy New Year.

1. David Hoffman's last day was Friday, December 30, 2011.

2. I will be canceling the agreement between Wyckoff and Mt. Sinai sometime this week after I inform the Board. Director of the Cath. Lab is also on the Board of Spartan Medical School, the School that Rajiv Garg is part owner of. (another owner is the soon to be former Chief of Surgery at Wyckoff.)

3. By Friday of this week, all the doctors at Wyckoff will be notified by me that I am canceling their contracts with the hospital in order to meet the 30 day cancelation requirement of their contract. Then we will put these agreements together appropriately.

4. Each of the Chairs of service have been running closed shops, that will be taken down. I have 100 doctors who will be presenting their credentials for privileges. Wyckoff being one block from my home borough, is close to Docs. that are hungry to find a place that will widen their access to care.

5. I've had many town meetings at the Hospital, introducing myself to the Staff at all times of day and night, they are hungry for leadership, honesty and professionalism.

6. I'm selling Mr. Garg's three cars, the Lincoln Town car, the Cadillac Escalade and the stretch Limo he bought for $38,000. He recently bought the stretch limo because he did not like the fact that the security guards he had driving for him listened and told everyone what he said in the car and the limo had a glass barrier which would protect his conversations.

7. I found out last Tuesday, that the Hospital does not carry Malpractice. I have to learn more about this practice because it scares the bejesus out of me.

8. The Board of Directors has three factions but they have coalesced around me. The newer ones are a good group who need more colleagues with horsepower. The Chair is going to serve out his term which is June, but that is something I need to discuss. He was duped by the Garg/Hoffman team, who actively kept all that they were doing from him and the board. When I speak to him his hearing is so poor that I have to shout. He has a heart condition that I think has affected him in cognitive ways. The boards inaction and poor governance permitted Garg. Dominic Geo to hurt this community hospital. The idea that they could ever run the two Catholic Hospitals was a huge mistake. They should have been stopped by Commissioner Daines. But hindsight is 20-20.

9. The Board was told by Garg that the merger of the B3 Hospitals would be led by him and Wyckoff. Garg had been planning the Mount Sinai relationship for months at least. The Board is beginning to understand their situation. They did not give Garg permission to sign the letter we received signed by the three CEOs. This is the major reason why he was forced to resign.

10. I told the Board after meeting most of them that I would only consider a 6 month engagement and that if they wanted me their vote had to be unanimous which it was. I also told them that I will act decisively to reduce their overhead, bring doctors in, get FQHC designation by creating joint ventures with existing players and bring in more doctors. More on this when you can talk to me. I will share all that I'm doing

11. In October 2011, Hoffman had two Board members sign a blank HR sheet, which Hoffman took to HR to give a $100,000 increase in Garg's salary that no one knew about on the Board. Then without board approval he increased the salary of a few handfuls of upper level staff apparently to buy loyalty. As an example the CFO's salary went from $250k to $350k. This past Friday I reduced their salaries back down to what they had before October. And the CFO is not a CPA, which is something I'm not used to.

12. The staff can be molded into a professional group, I believe. There are in key positions good people who are holding the place together, but they are like members of battered families. Anyone who was complicit in this sad time will be replaced however. Garg ruled by divide and conquer. He favored some and got rid of anyone who questioned his actions.

13. I've studied the neighborhoods and will do so more, so far you can observe the energy of young people, steady villages of immigrants who've lived in them for generations. Despite influx of many Latino's there are also many who were already here. European immigrants in pockets on the Queens side, middle class African-American families with jobs in government and service sectors and Caribbean families have placed their routes here.

14. We will seek to create alliances with doctors and get to work to create accountable care organizations, move to make all primary doctors to become medical homes and look to evolve the Hospital to becoming a risk-bearing entity in order for the doctors and hospital to accept 85% of the premium for Medicare as required by the affordable care act in 2014.

15. Depending on how the implementation of our report evolves, including the D3 recommendation to us, I'll leave Wyckoff in 6 months, or begin a search for a new President with the Board or consider staying a little longer. I will also work to get the board to recognize the need for new board members in order to build trust and support their goal to increase the leadership process and to improve the communities access to care.

I'm fully on this journey, you will have my cooperation and I will work on extending the findings to Wyckoff and what is the overall theme of our report.

Dr. Becker and I spoke before he left on vacation and we'll be talking this week. I've also been called by Carlos the Chair of their Board. Unfortunately they told Gary Goffner that he would probably be the only one who would survive from the Wyckoff Board, because he can provide contributions, because of his wealth. And you were right Gary's company has the 380 B contract with the Hospital. He had the contract he tells me before he was on the Board. He also said he would give it up if I or anyone else objects.

This is a top of my head description of what I've found so far. I don't trust any financials or projections I've seen. I'm going to ask John Lavan to do a little work for me and I'm having a CPA do a forensic analysis too. Price Waterhouse as you probably know has been working on the revenue side. I'll be talking to ask for some support on the Doctor renegotiation.

I'm going into the office tomorrow, so if you want to call please call on my cell-914-834-5276.

Hope you had a great Holiday and I'm looking forward to your advise and counsel. You have my permission if you would like to share this note with Mr. Cook.

Ramon Jesus

"Power concedes nothing without a demand. It never did and it never will."
- F. Douglass



Garg Defamation D0000136